**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| Buc-ee's, Ltd., Buc-ee's Alabama II, LLC, and Buc-ee's Auburn, LLC | § § § § | |
| v. | § § | Civil Action No._____ |
| Building & Earth Sciences, Inc. and Gonzalez-Strength & Associates, Inc. | § § § | |

**NOTICE OF REMOVAL**

Please take notice that pursuant to 28 U.S.C. §§ 1441(b) and 1332(a)(1), Defendant Building & Earth Sciences, Inc. ("Building & Earth" or "Movant"), by and through their attorneys, Mills Shirley LLP, hereby remove this action (123361-CV) from the 412th District Court of Brazoria County, Texas, to the United States District Court for the Southern District of Texas, Galveston Division. As grounds for removal, Movants state as follows:

**A.    Nature of this Lawsuit**

This is a professional services dispute arising from the construction of a travel center located in Auburn, Alabama (the "Project"). Plaintiffs Buc-ee's, Ltd.; Buc-ee's Alabama II, LLC; and Buc-ee's Auburn, LLC (collectively "Plaintiffs") are the parties who allegedly undertook the construction of the Project, for themselves or as agents for affiliated entities and subsidiaries.

Buc-ee's, Ltd. and Building & Earth entered into agreement whereby Building & Earth would provide certain professional services, including subsurface exploration and geotechnical engineering evaluations. In connection with that work, Building & Earth issued a report titled Report of Subsurface Exploration and Geotechnical Evaluation.

Plaintiffs initiated this lawsuit against Building & Earth because it claims that it failed to identify and account for certain subsurface conditions. Namely, groundwater. This allegation is false as the evidence shows that Building & Earth accurately and properly identified and reported the presence of ground water at the Project to Buc-ee's, Ltd. Regardless, Plaintiffs have sued Building & Earth for breach of contract, contractual indemnity, and professional negligence.

Additionally, Plaintiffs have sued defendant Gonzalez-Strength & Associates, Inc. ("Gonzalez-Strength"), who Buc-ee's, Ltd. contracted with to provide civil engineering, land planning, and surveying for the Project. Plaintiffs claim that Gonzalez-Strength failed to timely prepare and submit plans and designed for a subsurface drainage system. Plaintiffs have sued Gonzalez-Strength for breach of contract, contractual indemnity, and professional negligence. Counsel for Building & Earth has conferred with counsel for Gonzalez-Strength and Gonzalez-Strength consents to removal.

Building & Earth and Gonzalez-Strength deny the allegations against them.

B.  **Parties and Diversity of Citizenship**

For purposes of diversity, defendants Building & Earth and Gonzalez-Strength (collectively "Defendants") are citizens of Alabama. Both Defendants are corporations. For purposes of diversity jurisdiction, a corporation is a citizen of every state by which it has been incorporated or where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). Defendants were each incorporated in Alabama and both companies are headquartered in that state.

On information and belief, unlike Defendants, Plaintiffs are not citizens of Alabama. Plaintiff Buc-ee's, Ltd. is a Texas limited partnership. For purposes of diversity jurisdiction, the citizenship of a limited partnership is based on the citizenship of each of its partners. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079 (5th Cir. 2008). Counsel for Building & Earth has conferred with counsel for Buc-ee's, Ltd. to confirm that its partners are not citizens of Alabama.

Plaintiffs Buc-ee's Alabama II, LLC and Buc-ee's Auburn, LLC's citizenships are not relevant to diversity jurisdiction because they are not parties to the contracts made the subject of this lawsuit and do not have a valid claim for relief. Defendants contend that Buc-ee's Alabama II, LLC and Buc-ee's Auburn, LLC have been fraudulently joined. Regardless, Buc-ee's Alabama II, LLC and Buc-ee's Auburn LLC are limited liability companies that were formed and incorporated in Delaware. For purposes of diversity jurisdiction, the citizenship of a limited liability company is based on the citizenship of its

members. *Harvey*, 542 F.3d at 1079. Counsel for Building & Earth has conferred with counsel for Buc-ee's Alabama II, LLC and Buc-ee's Auburn, LLC to confirm that their respective members are not citizens of Alabama.

Because Defendants are citizens of Alabama and Plaintiffs are not, Defendants believe that there is complete diversity between the parties. *See* 28 U.S.C. §1332(a)(1).

**C.   Amount in Controversy**

The amount in controversy in this lawsuit exceeds $75,000. Plaintiffs aver in Plaintiffs' Original Petition that it seeks "monetary relief of over $1,000,000. *See* Exhibit 4 at ¶ 1. Further, Plaintiffs assert that the costs associated with certain change orders for which they seek recovery "are in excess of $1,000,000.00." *Id.* at ¶ 56. Because the amount in controversy exceeds $75,000, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

**D.   Timeliness of Removal**

Plaintiffs filed this lawsuit on June 13, 2023. *See* Exhibit 4. Building & Earth was served on June 27, 2023. *See* Exhibit 6. Gonzalez-Strength was served on June 27, 2023. *Id.*

This Notice of Removal is timely because it is filed within 30 days of receipt of service. *See* 28 U.S.C. § 1446; *see also, Yadav v. Frost Bank*, No. SA-20-CV-00005-FB, 2020 U.S. Dist. LEXIS 32350, at *7 (W.D. Tex. 2020) ("If the initial pleading is filed before the summons is served, the 30-day removal period begins when the summons is served.").

**E.      Defendants' Consent to Removal**

All of the Defendants [Building & Earth and Gonzalez-Strength] named in Plaintiffs' most recent Petition consent to removal.

**F.      Removal Procedures**

Plaintiffs did not request a jury trial. *See* Exhibit 4 at § VIII (alleging that Defendants have contractually waived the right to a jury trial).

In compliance with 28 U.S.C. § 1441(a), and Local Rule 81, a copy of all process, pleadings, and orders in the state court proceeding, along with the docket sheet, and index of matters being filed, and a list of counsel, are attached to this Notice of Removal as Exhibits.

No orders have been signed by the state judge. There are no pleadings other than those included in the attached Appendix. This matter is the only matter being removed pursuant to this Notice.

Written notice of the filing of this Notice of Removal is being given to all parties and is being filed with the District Clerk of Brazoria County, Texas. *See* Ex. 10.

Respectfully Submitted,

**MILLS SHIRLEY L.L.P**

Three Riverway, Suite 670

Houston, Texas 77056

Phone/Fax: (409) 761-4206

/s/:    *Andy Soto*

    Andres "Andy" Soto

Texas Bar No. 24071128

asoto@millsshirley.com

    Grant Gealy

Texas Bar No. 07784700

ggealy@millsshirley.com

**ATTORNEY FOR DEFENDANT BUILDING & EARTH SCIENCES**

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of this document will be served **via Notice of Electronic Filing** to all known counsel of record on June 25, 2023.

Plaintiffs Buc-ee's, Ltd.; Buc-ee's Alabama II, LLC; and Buc-ee's Auburn, LLC, through its attorneys of record:

>Tiffany C. Raush (traush@joneswalker.com)
>Chad V. Theriot (ctheriot@joneswalker.com)
>William E. Underwood (wunderwood@joneswalker.com)
>Bradley E. Sands (bsands@joneswalker.com)
>JONES WALKER LLP
>811 Main, Suite 2900
>Houston, TX 77002
>Phone: 713.437.1800
>Fax: 713.437.1810

Defendant Gonzalez-Strength & Associates, Inc., through its attorney of record:

>Matthew B. Cano (mcano@benlawsa.com)
>BENJAMIN, VANA, MARTINEZ & CANO, LLP
>3600 Bee Caves Road, Suite 201
>Austin, TX 78746
>Phone: 512.732.1880 ext. 106
>Fax: 210.881.0668

Defendant Building & Earth Sciences, Inc., through its attorneys of record:

>Andres (Andy) Soto (asoto@millsshirley.com)
>Grant Gealy (ggealy@millsshirley.com)
>MILLS SHIRLEY L.L.P.
>Grant Gealy
>Three Riverway, Suite 670
>Houston, TX 77056
>Phone/Fax: 409.761.4035